CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 29 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDRE SYLVESTER WATTS,<br>    Petitioner, | Civil Action No. 7:06CV00392 |
| v. | **FINAL ORDER** |
| WARDEN O'BRIEN, et al.,<br>    Respondents. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondents.

ENTER: This 29th day of June, 2006.

_____
United States District Judge