CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 9 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| ANDRE SYLVESTER WATTS, | ) | |
| Petitioner, | ) | Civil Action No. 7:06CV00392 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN O'BRIEN, et al., | ) | By: Hon. Glen E. Conrad |
| Respondents. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §

1915A(b)(1), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the petitioner and counsel of record for the respondents.

ENTER: This _29th_ day of June, 2006.

_____
United States District Judge